IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERNESTO SAMUEL JAUREGUI,**

    **Petitioner,**

v.                                  Case No. 4:14cv665-MW/CAS

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 13. Upon consideration, no objection having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 20, 2015.**

                                                     **s/Mark E. Walker**
                                                     **United States District Judge**